THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 3:96-CR-191 |
| | : (JUDGE MARIANI) |
| ASHANTI HENRY, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 22nd DAY OF JUNE 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's "Petition for Writ of Coram Nobis" (Doc. 77) is **DENIED**.

Robert D. Mariani
United States District Judge